UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

MANPREET SINGH,

           Petitioner,

    v.

WARDEN, et al.,

           Defendant.

No. 1:26-cv-0197 WBS CSK

ORDER

----oo0oo----

Petitioner Manpreet Singh has filed a motion for temporary restraining order. (Docket No. 9.) Respondents SHALL file any opposition to petitioner's motion on or before **February 23, 2026.**

Petitioner alleges that his detention violates the Due Process Clause. (Docket No. 9 at 3.) Accordingly, in their response, Respondents shall discuss whether Petitioner's detention indeed violates his rights under the Due Process Clause pursuant to the test this court articulated in Kanatbek Almazbek Uulu, Petitioner, v. Warden, et al., Respondents., No. 1:25-cv-

1

01812 WBS CKD, 2026 WL 412204, at *7 (E.D. Cal. Feb. 13, 2026). Respondents shall also provide the reasons for petitioner's present detention and include a summary of petitioner's interactions with immigration enforcement authorities to date, specifying whether petitioner was re-arrested for violating the terms of his parole, or whether petitioner was re-arrested for other reasons, and if so, what those reasons were.

The court will then take the motion under submission and inform the parties if oral argument or further proceedings are necessary.

IT IS SO ORDERED.

Dated:   February 19, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2